**Order entered February 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01068-CR
### No. 05-18-01069-CR

**ROBERT HOWARD GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-76425-T & F16-76426-T**

## ORDER

On February 4, 2019, we ordered court reporter Trashuna Salaam to file the complete reporter's record. Three days later, Ms. Salaam filed a request for extension of time to file the reporter's record and stated (1) she was not the court reporter who reported the appeals, and (2) appellant had not requested the reporter's record and had not paid or made arrangements to pay for the record.

We first note that the trial court appointed counsel for these appeals because appellant is indigent; thus, he is not required to pay or make arrangements to pay for the reporter's record. Nevertheless, appellant is required to request the record. *See* TEX. R. APP. P. 34.6(b); 35.3(b). Therefore, we **ORDER** appointed counsel Bruce Kaye to provide this Court, within **TEN DAYS**

of the date of this order, with written proof he has requested the reporter's record. The failure to do so will result in these appeals being submitted without a reporter's record. *See* TEX. R. APP. P. 37.3 (c).

Because Ms. Salaam is not the court reporter in these appeals, we **DENY** her request for additional time.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Trashuna Salaam, court reporter; Debi Harris, court reporter; Sharina Fowler, court reporter; and to counsel for all parties.


/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE